UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| REX SNELL § | |
|    Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 1:16-cv-1306 |
| § | |
| TRAVELERS LLOYDS OF TEXAS § | |
| INSURANCE COMPANY, § | |
|    Defendant. § | |

### NOTICE OF REMOVAL OF ACTION
### UNDER 28 U.S.C. § 1441(b) (DIVERSITY)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Defendant Travelers Lloyds of Texas Insurance Company ("Defendant") and hereby petitions this Court pursuant to 28 U.S.C. §§ 1332, 1441(b), and 1446 for removal, on the basis of diversity of citizenship jurisdiction, to the United States District Court for the Western District of Texas, Austin Division, of the action numbered and styled Cause No. 386-21; *Rex Snell v. Travelers Lloyds of Texas Insurance Company;* In the 21st Judicial District Court, Bastrop County, Texas (the "State Court case"), and in support thereof would respectfully show this Court as follows:

### I.  FACTS

1. Plaintiff filed his Original Petition ("Petition") in the State Court case on October 26, 2016.  A true and correct copy of the Original Petition is attached hereto as part of Exhibit A. In his Original Petition, Plaintiff has asserted claims for breach of contract, prompt payment act claims, violations of the DTPA, breach of the duty of good faith and fair dealing, misrepresentation, and violations of the Texas Insurance Code.

2. Plaintiff served Defendant through its registered agent with citation and a copy of his Petition in the State Court case on December 1, 2016.  This Notice of Removal is filed within

thirty (30) days of service of the Petition, in compliance with 28 U.S.C. § 1446(b).

3. Plaintiff is a citizen and resident of the State of Texas.

4. Defendant Travelers Lloyds of Texas Insurance Company is a corporation domiciled in the State of Connecticut.

## II. AMOUNT IN CONTROVERSY

5. Plaintiff's petition seeks monetary relief over $100,000.00. *See* Petition at p. 1. Plaintiff further alleges that Travelers underpaid Plaintiff's insurance claim, and refused to issue a full and fair payment for the alleged loss. *See* Petition pgs. 3-7. Plaintiff seeks consequential damages, as well as an award of punitive damages of all of the foregoing damages as well as attorney's fees in an amount more than $100,000.00. *See* Petition at p. 1. Plaintiff's allegations seeking contractual and extra-contractual damages, statutory damages, allegations and attorneys' fees recoverable by statute are considered in determining the amount in controversy. *H&D Tire &Automotive-Hardware, Inc. v. Pitney Bowes, Inc.,* 227 F.3d 326, 330 (5th Cir. 2000).

## III. COMPLETE DIVERSITY EXISTS

6. This action is a civil action which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §§ 1441(b) and 1332(a) in that it is between citizens of different states and it is a civil action wherein the matter in controversy exceeds the sum of $75,000.00, exclusive of interests and costs.

## IV. PROCEDURAL REQUIREMENTS

7. By virtue of filing this Notice of Removal, Defendant does not waive its right to assert any motions to dismiss, including Rule 12 motions permitted by the Federal Rules of Civil

Procedure.

8. All of the papers on file in the State Court case at the time of removal are attached hereto as Exhibit A. Those papers include the citation, Plaintiff's Original Petition, the State court docket sheet, and all answers on file.

9. Pursuant to 28 U.S.C. § 1446(d), written notice of filing of this Notice will be given to all adverse parties promptly after the filing of this Notice.

10. Pursuant to 28 U.S.C. § 1446(d), a true and correct copy of this Notice will be filed with the District Clerk of Bastrop County, Texas promptly after the filing of this Notice.

WHEREFORE, PREMISES CONSIDERED, Defendant The Travelers Lloyds Insurance Company requests that this action be removed from the 21st Judicial District Court of Bastrop County, Texas to the United States District Court for the Western District of Texas, Austin Division, and that this Court enter such further orders as may be necessary and appropriate.

Respectfully submitted,

SKELTON & WOODY
248 Addie Roy Rd, Bldg B-302
Austin, Texas 78746
Telephone:   (512) 651-7000
Facsimile:    (512) 651-7001

By:   /s/ Edward F. Kaye
J. Hampton Skelton
State Bar No. 18457700
hskelton@skeltonwoody.com
Edward F. Kaye
State Bar No. 24012942
ekaye@skeltonwoody.com
R. Ashley Applewhite
State Bar No. 24059388
aapplewhite@skeltonwoody.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2016 I am electronically filing the foregoing with the Clerk of the Court using the Case Management/Electronic Case Files ("CM/ECF") system, and I hereby certify that I have mailed by certified mail, return receipt requested the document to the following non-CM/ECF participant:

Jesse S. Corona
The Corona Law Firm
521 North Sam Houston Parkway, E
Suite 420
Houston, Texas 77060

                                                /s/ Edward F. Kaye
                                                Edward F. Kaye