UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| REX SNELL<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | CIVIL ACTION NO. 1:16-cv-1306 |
| | § | |
| TRAVELERS LLOYDS OF TEXAS<br>INSURANCE COMPANY,<br>    Defendant. | §<br>§<br>§ | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

COME NOW Plaintiff Rex Snell ("Plaintiff") and Defendant Travelers Lloyds of Texas Insurance Company ("Defendant") in the above-entitled and numbered cause, and move this Court to dismiss with prejudice all claims brought against Defendant by Plaintiff in this case for the reason that all matters of fact and things in controversy between Plaintiff and Defendant have been fully and finally compromised and settled by and between Plaintiff and Defendant.

WHEREFORE, the parties hereto request that the Court enter its Order dismissing all claims brought in this case against Defendant Travelers Lloyds of Texas Insurance Company by Plaintiff with prejudice to the right of refiling the same or any part thereof.

Respectfully submitted,

THE CORONA LAW FIRM, PLLC
521 North Sam Houston Parkway, E
Suite 420
Houston, Texas 77060
Telephone:    (218) 882-3531
Facsimile:     (713) 678-0613

By:    /s/ Jesse S. Corona
Jesse S. Corona
State Bar No. 24082184
jesse@thecoronalawfirm.com

ATTORNEYS FOR PLAINTIFF

                SKELTON & WOODY
                248 Addie Roy Rd, Bldg B-302
                Austin, Texas 78746
                Telephone: (512) 651-7000
                Facsimile: (512) 651-7001

     By: /s/ Edward F. Kaye
        J. Hampton Skelton
        State Bar No. 18457700
        hskelton@skeltonwoody.com
        State Bar No. 24012942
        Edward F. Kaye
        ekaye@skeltonwoody.com
        R. Ashley Applewhite
        State Bar No. 24059388
        aapplewhite@skeltonwoody.com

        ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of June, 2017, the foregoing document was filed electronically using the Court's ECF System which will send notification of such filing to the following attorneys of record:

Jesse S. Corona
The Corona Law Firm, PLLC
521 N. Sam Houston Pkwy, E
STE 420
Houston, Texas 77060

                /s/ Edward F. Kaye
                Edward F. Kaye