IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| REX SNELL, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:16-cv-1306-RP |
| TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY, | § § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the parties' Agreed Motion to Dismiss with Prejudice, filed June 28, 2017, (Dkt. 10). By way of the motion, the parties indicate that they have settled all maters in controversy and, accordingly, move the Court to dismiss the action. *See* Fed. R. Civ. P. 41(a)(2) (allowing dismissal of an action by court order on terms that the court considers proper).

The parties' Agreed Motion to Dismiss with Prejudice is hereby **GRANTED.** Accordingly, **IT IS ORDERED** that all claims and causes of action asserted in this action are hereby **DISMISSED WITH PREJUDICE.** Each party is to bear its own attorney's fees and costs. The Clerk's Office is directed to close this case.

**SIGNED** on July 10, 2017.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE